Argued December 15, affirmed December 22, 1975, reconsideration
denied January 28, petition for review denied March 9, 1976

STATE OF OREGON, *Respondent, v.* JESSE
MILLER (No. 74-613-C, CA 4454), *Appellant.*

543 P2d 1076

*John K. Hoover,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*John W. Burgess,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
W. Michael Gillette, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and THORNTON and
LEE, Judges.

PER CURIAM.

The sole issue raised by the defendant has been
decided adversely to him in the companion case of
*State v. Akridge,* 23 Or App 555, 543 P2d 1073
(1975).

Affirmed.